470 P.2d 309

STATE of New Mexico, Plaintiff-Respondent,

v.

Wendell D. GUNTHORPE, Defendant-Petitioner.

No. 9050.

Supreme Court of New Mexico.
May 12, 1970.

COMPTON, Chief Justice, and TACKETT, SISK and McKENNA, Justices, concurring.

WATSON, Justice, not participating.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 374, 81 N.M. 515, 469 P.2d 160, be and the same is hereby returned to the Clerk of the Court of Appeals.

470 P.2d 309

STATE of New Mexico, Respondent,

v.

Emma FELIX, Petitioner.

No. 9061.

Supreme Court of New Mexico.
June 2, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 409, 81 N.M. 550, 469 P.2d 529, be and the same is hereby returned to the Clerk of the Court of Appeals.

470 P.2d 309

PAN AMERICAN PETROLEUM CORPORATION, a Delaware Corporation, Petitioner,

v.

Honorable Caswell S. NEAL, Judge of the District Court of Eddy County, New Mexico, Respondent.

No. 9066.

Supreme Court of New Mexico.
June 8, 1970.

COMPTON, Chief Justice, and TACKETT, WATSON, SISK and McKENNA, Justices, concurring.

Ordered that petition for writ of prohibition be and the same is hereby denied.

470 P.2d 309

E. C. TUCKER, William M. Tucker, Fred E. Tucker and Robert H. Tucker, d/b/a Tucker Professional Services, Petitioners.

v.

STATE CORPORATION COMMISSION, Respondent.

No. 9002.

Supreme Court of New Mexico.
June 18, 1970.

Ordered that motion of petitioners to dismiss the appeal herein be and the same is hereby granted.